**FILED**
September 30, 2026
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JAVIER PEREZ ESPINOSA

Defendant.

Case No. 2:26-mj-00144-CSK

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release JAVIER PEREZ ESPINOSA,

Case No. 2:26-mj-00144-CSK, 18 USC § 1542, from custody

____ Release on Personal Recognizance

____ Bail Posted in the Sum of $ $ ____

X Unsecured Appearance Bond $ 10,000.00 co-signed by Aimee Georgina Soto Orosco

____ Appearance Bond with 10% Deposit

____ Appearance Bond with Surety

____ Corporate Surety Bail Bond

____ (Other):

____ Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on September 30, 2026 at 2:00 PM

By: Chi Soo Kim

Magistrate Judge Chi Soo Kim